UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In Re:

    Rosa Sugdinis

      Debtor

---

Rosa Sugdinis

  Movant,

vs.

Toyota Motor Credit Corporation

  Respondent

Chapter 7
Case No. 18-20551

RE: ECF No. 68

## ORDER GRANTING REDEMPTION AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES

Upon the Debtor's Motion (ECF No. 68), the corresponding objection thereto (ECF No. 71), the Debtor's Affidavit Regarding the Vehicle's Odometer (ECF No. 76), and the corresponding response thereto (ECF No. 77), the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the Debtor):

    Year: 2015    Make: Toyota    Model: Camry XSE    VIN # 4T1BK1FK1FU564075

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor's interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $17000.00.[1]

---

[1] Notwithstanding the Debtor's claimed need for repairs (including body work) as a basis for a valuation adjustment, the Court discredits such contentions as the Debtor's Estimate references that such repairs (which would ordinarily be insured losses) are to be insurance paid.

**IT IS HEREBY ORDERED:**

      1.  That the Debtor may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.

      2.  Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor's instruction.

      3.  In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

      4.  In the event of the failure of the Debtor to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

      BY THE COURT
      Dated: May 28, 2019

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut