#280776

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

```
In re:                                     :    Case No. 18-20551-JJT-13
ROSA SUGDINIS                              :    (CHAPTER 13)
                                           :
              Debtor(s).                   :
```

FILED 2019 JUN 12 P 3: 25
U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: June 12, 2019

 

/s/ *Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee tr08378
Chapter 13 Standing Trustee
(860) 278-9410 tele
(860) 527-6185 fax
e-mail: rnapolitano@ch13rn.com

# EXHIBIT A

Case Name:      ROSA SUGDINIS
Case Number:    1820551

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| ROSA SUGDINIS<br>39 MALLARD DRIVE<br>AVON, CT 06001 | 899 | | | $3,049.86 |